**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BUSINESS OF THE COURT | ) | ASSIGNMENT OF CASES |
| | ) | |
| | ) | |
| | ) | |

**ADMINISTRATIVE ORDER**

**IT IS HEREBY ORDERED** that the following cases shall be transferred to District Judge Maria A. Lanahan.  All deadlines previously set remain in effect unless otherwise ordered by the Court.

| | |
|---|---|
| 4:25CR00047 SRC/RHH-1 | USA v. Terrance McKinnies |
| 4:25CR00077 SRC/JSD-1 | USA v. Joshua Adam Eldridge |
| 4:25CR00170 SRC/JSD-1 | USA v. Samuel Nance |
| 4:25CR00185 SRC/RHH-1 | USA v. Brandon Dallas Smith |
| 4:25CR00243 SRC/JMB-1 | USA v. Richard Allen |
| 4:25CR00462 SRC/NCC-1 | USA v. Kenneth Lamond Robinson |
| 4:23CR00632 HEA/SRW-1 | USA v. DeShaun Wilson |
| 4:24CR00551 HEA/JSD-1 | USA v. Roderick Arnell Davis |
| 4:25CR00041 HEA/SPM-1 | USA v. Antonio Baker |
| 4:25CR00093 HEA/RHH-1 | USA v. Diarra Williams |
| 4:25CR00093 HEA/RHH-2 | USA v. Nicholas Warford |
| 4:25CR00189 HEA/PLC-1 | USA v. Aaron Brookins |
| 4:25CR00272 HEA/RHH-1 | USA v. Kelton Johnson |
| 4:25CR00314 HEA/NCC-1 | USA v. DeJuan Mosby |
| 4:25CR00374 HEA/SPM-1 | USA v. Leon Joseph Reitz |
| 4:25CR00382 HEA/SPM-1 | USA v. Bryant L. Lewis |
| 4:23CR00012 SEP-1 | USA v. Daniel Burns |
| 4:23CR00028 SEP/NCC-1 | USA v. LaDerrick Dennis |
| 4:24CR00621 SEP/SPM-1 | USA v. Harold White |
| 4:25CR00032 SEP/RHH-1 | USA v. Esmin Guzman-Euceda |
| 4:25CR00060 SEP/JMB-1 | USA v. Christopher P. Decker |
| 4:25CR00088 SEP/NCC-1 | USA v. Srinivas Putta |
| 4:25CR00088 SEP/NCC-2 | USA v. Ankurkumar Patel |
| 4:25CR00241 SEP/SPM-1 | USA v. Milton D. Williams |
| 4:25CR00342 SEP/RHH-1 | USA v. Emad Elayyan |
| 4:25CR00342 SEP/RHH-2 | USA v. Maher Dmour |
| 4:25CR00342 SEP/RHH-3 | USA v. Mohammed Amareen |
| 4:25CR00417 SEP/NCC-1 | USA v. James L. Townes, Jr. |
| 4:25CR00423 SEP/SPM-1 | USA v. Terry Carter-Kilgore |
| 4:23CR00589 MTS/NCC-1 | USA v. Shannon J. Rollins |
| 4:24CR00300 MTS/SPM-1 | USA v. Martin Lopez-Beltran |
| 4:24CR00352 MTS/JMB-1 | USA v. David A. Parks |
| 4:24CR00352 MTS/JMB-2 | USA v. James M. Bilderback |
| 4:24CR00352 MTS/JMB-3 | USA v. Michelle J. Scheer |
| 4:24CR00527 MTS/JMB-1 | USA v. Shameek Rivers |

| | |
|---|---|
| 4:24CR00609 MTS-1 | USA v. Natavia Boyd-Wells |
| 4:25CR00004 MTS/SRW-1 | USA v. Lashonne Claybon |
| 4:25CR00305 MTS/SRW-1 | USA v. Anthony M. Weeden |
| 4:23CR00593 RWS/JSD-1 | USA v. Sturgeon Stewart |
| 4:24CR00325 RWS/NCC-1 | USA v. Ryan Courtney Declue |
| 4:24CR00521 RWS/SRW-1 | USA v. David Blankenship |
| 4:24CR00521 RWS-2 | USA v. Karlie Blankenship |
| 4:23CR00505 AGF/PLC-1 | USA v. Marcellis Blackwell |
| 4:23CR00719 AGF/JSD-1 | USA v. Craig Johnson |
| 4:25CR00238 AGF/NCC-1 | USA v. Durant Randolph |
| 4:25CR00238 AGF/NCC-2 | USA v. Phillip Stiles |
| 4:25CR00238 AGF/NCC-3 | USA v. Brianna Pair |
| 4:24CR00468 JAR-1 | USA v. William Walton |
| 4:24CR00555 JAR/SPM-1 | USA v. Ronald M. Troupe |
| 4:24CR00620 JAR/SPM-1 | USA v. Jerry Sutherlin |
| 4:25CR00081 JAR/SPM-1 | USA v. Myleek Murphy Freeman |
| 4:25CR00081 JAR/SPM-2 | USA v. Dulles Diman Land |
| 4:25CR00081 JAR/SPM-3 | USA v. Trevion Ryshad Jackson |
| 4:25CR00177 JAR/RHH-1 | USA v. Adonis Harvey |
| 4:25CR00324 JAR/PLC-1 | USA v. Kenneth Earl Brown, Jr. |
| 4:25CR00324 JAR/PLC-2 | USA v. Jakeathan Travion Dyer |
| 4:25CR00324 JAR/PLC-3 | USA v. Paul Andre Swayzer |

Dated this 2nd day of October, 2025

NATHAN M. GRAVES
CLERK OF COURT

By: /s/ Katie Spurgeon
Operations Manager