**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 4:23-cr-00505-MAL

MARCELLIS BLACKWELL,

    Defendant.

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

Defendant Marcellis Blackwell, through counsel, respectfully moves to continue the jury trial currently set for January 12, 2025. Counsel has conferred with Mr. Blackwell about this motion, and Mr. Blackwell desires to continue the trial and has signed a Speedy Trial Act waiver that counsel files with this motion. As noted below, the government does not object to a continuance. In support of this motion, counsel states:

1. Based on conversations with the government, the volume of discovery, and the number of charges, counsel anticipates jury trial in this case will last at least three weeks. In addition to those issues, the charges in this case have been the subject of widespread media coverage, which is likely to increase the time required for jury selection because prospective jurors have learned information about the case and likely formed opinions about Mr. Blackwell's culpability.

2. Defense counsel has work-related travel out of state scheduled for the week of January 12, 2026. Counsel will be in California on January 14 and 15 for a court appearance in Napa County Superior Court on the morning of January 15, 2026.

3. Defense counsel also has work-related travel to Colorado for January 26-29, 2026, to attend a conference presented by the National Association of Criminal Defense Lawyers.

4. Counsel and Mr. Blackwell also agree that additional time is required for defense counsel to effectively prepare, considering the exercise of due diligence and the

1

need to confer with the defendant.  With 34 counts, 20 alleged victims, and alleged offense dates spanning eight months from November 2022 through June 2023, this is a complicated trial to prepare for.  Counsel and Mr. Blackwell agree that additional time to prepare for trial is necessary.

5.  A continuance in this matter is in the interests of justice under 18 U.S.C. § 3161, as additional time is required for defense counsel to effectively prepare, considering the exercise of due diligence and the need to confer with defendant.  18 U.S.C. § 3161(h)(7)(B)(iv).  Counsel believes the ends of justice served by the requested extension outweigh the best interest of the public and the defendant in a speedy trial.

6.  Assistant United States Attorney Christine Krug informed defense counsel by email that the government has no objection to this motion so long as the defense, contemporaneously with the motion to continue, files a Speedy Trial Waiver signed by Mr. Blackwell that includes the standard language that it is in the defendant's best interest as well as the ends of justice.

Thus, Mr. Blackwell, through counsel, respectfully moves for an order continuing the jury trial to a date agreeable to the Court, with defense counsel suggesting a continuance until on or after March 23, 2026.

Respectfully submitted,

Dated: December 30, 2025

/s/ Evan C. Greenberg
Evan C. Greenberg #271356CA
The Law Offices of Evan Greenberg, LLC
231 S. Bemiston Ave., Suite 800
St. Louis, MO 63105
Phone: 314-403-2039
Fax: 650-326-9704
Email: evan@evangreenberglaw.com
Attorney for Defendant