UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCELLIS BLACKWELL,<br><br>    Defendant. | Case No. 4:23-cr-00505-MAL |

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

Defendant Marcellis Blackwell executes this waiver of his rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., through April 30, 2026. Defense counsel has advised defendant of his rights under the Speedy Trial Act. Defendant believes that this waiver is in his own best interests and that the ends of justice would best be served by executing this waiver and that this waiver will outweigh the interests of the public and the defendant to a speedy trial.

Dated: December 30, 2025            Signed: _____
                                              MARCELLIS BLACKWELL

1