UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 4:23-CR-505 MAL |
| ) | |
| MARCELLIS BLACKWELL, ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is the matter of resetting Defendant's trial date. The parties have consented to move the trial to August 17, 2026. Defendant has filed an executed Waiver of Speedy Trial (Doc. [135]) up to August 17, 2026, in which he indicates that he believes that the waiver is in his own best interests and that the ends of justice would best be served by executing this waiver and that this waiver will outweigh the interests of the public and the defendant to a speedy trial.

This Court agrees and therefore finds that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial," particularly given the complexity of the case, the number of counts (34), and the large number of alleged victims (20). 18 U.S.C. § 3161(h)(7)(A), (B). Accordingly,

**IT IS HEREBY ORDERED** that trial in this matter is continued to **August 17, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between January 12, 2026, and August 17, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 23rd day of February, 2026.

*Maria A. Lanahan*
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE