UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:23-CR-505 MAL |
| | ) | |
| MARCELLIS BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNITED STATES OF AMERICA'S RESPONSE TO THE DEFENDANT'S MOTION FOR EXPERT DISCLOSURE SIX WEEKS PRIOR TO TRIAL</u>**

The Defendant has moved for expert disclosures from the Government no later than six weeks prior to trial, which is set to begin on August 17, 2026. The Government understands its duty pursuant to Federal Rule of Evidence 16. The Government further understands that FRE 16 does not set out a specific date for disclosure of expert witnesses prior to trial. It has been the Government's experience in the Eastern District of Missouri that it is expected to disclose expert witnesses no later than two weeks prior to trial. For the first time in his motion, the Defendant states he needs six weeks' notice such that he can locate and retain his own expert and/or file motions in limine. The Court has set a due date for motions in limine on July 15, 2026, four and a half weeks prior to the start of trial and two weeks prior to the final pre-trial conference. As such, the Government agrees that disclosure of expert witnesses should be prior to the due date for motions in limine in order to retain our trial schedule and will abide by the Court's determination of an appropriate date.

1

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Christine H. Krug*
CHRISTINE H. KRUG #42586 MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.

/s/ *Christine H. Krug*
CHRISTINE H. KRUG, #42586MO
ASSISTANT UNITED STATES ATTORNEY