

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Criminal Division*

| | | |
|---|---|---|
| *Christine H. Krug*<br>*Assistant United States Attorney* | *Thomas Eagleton U.S. Courthouse*<br>*111 S. 10th Street, Rm. 20.333*<br>*St. Louis, MO  63102* | *OFFICE: 314-539-2200*<br>*FAX: 314-539-2777* |

July 15, 2026

**VIA ELECTRONIC MAIL AND SERVICE**

Evan Greenberg
231 S. Bemiston, Ste. 800
St. Louis, Missouri 63105
evan@evangreenberglaw.com

> **RE:**    **United States v. Marcellis Blackwell**
> **Notice of Intent to Introduce Evidence Under FRE 404(b)**
> Case Number:  4:23CR00505 MAL

Dear Counsel:

        This letter serves as formal notice that the United States intends to introduce evidence at trial of other bad acts by Mr. Blackwell under Federal Rule of Evidence 404(b), detailed below:

**FRE 404(b) Evidence:**
1. Videos recorded and retained by the Defendant in public restrooms of unknown men and their genitals. The United States intends to introduce this evidence to show state of mind or intent, absence of mistake, and lack of accident.
2. Photographs taken and/or retained and accessed by the Defendant of the genitals of unknown men. The United States intends to introduce this evidence to show state of mind or intent, absence of mistake, and lack of accident.

The videos and photographs are contained within previously disclosed materials.

> Sincerely,
>
> THOMAS C. ALBUS
> United States Attorney
>
> */s/ Christine H. Krug*
> CHRISTINE H. KRUG
> Assistant United States Attorney

cc: Clerk, United States District Court