UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:23-CR-505 MAL |
| | ) | |
| v. | ) | |
| | ) | |
| MARCELLIS BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES' NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING RECORDINGS AT TRIAL**

COMES NOW the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Christine H. Krug and Jennifer L. Szczucinski, Assistant United States Attorneys for said District, and hereby gives notice that it intends to introduce evidence at trial pursuant to Fed. R. Evid. 902.

Rule 902 lists several "items of evidence [that] are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted." Included are certified records generated by an electronic process or system that produces an accurate result, shown by certification meeting requirements of Rule 902(11) or (12). Fed. R. Evid 902(13) and data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent also must meet the notice requirements of Rule 902(11). Fed. R. Evid. 902 (14).

The United States intends to introduce the following documents, all of which have been produced to the Defendant, at trial under Fed. R. Evid. 902 without offering any extrinsic evidence:

1.      **Body Worn Camera Recordings and their associated audit reports from the Axon system utilized by the North County Police Cooperative,** which are admissible under Fed. R. Evid. 902(11), (13), and (14).

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Christine H. Krug*
CHRISTINE H. KRUG #42586MO
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorneys
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a true and accurate copy of this document was filed with the Court's electronic file management system.

*/s/ Christine H. Krug*
CHRISTINE H. KRUG #42586MO
Assistant United States Attorney