**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCELLIS BLACKWELL,<br>Defendant. | Case No. 4:23-cr-00505-MAL |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Marcellis Blackwell, though counsel, respectfully moves to continue the sentencing hearing by approximately 50 to 60 days. In support, counsel states:

1. This Court scheduled sentencing for November 24, 2026. ECF No. 174.

2. Defense counsel is preparing for the sentencing hearing, including assessing available mitigation evidence and investigating additional mitigation evidence. That investigation is ongoing but cannot be completed on the current sentencing schedule. Additional time is required to conduct and complete the investigation. Counsel believes that a continuance of approximately 50 to 60 days will be sufficient.

3. A thorough investigation of potential mitigating evidence is important in this case. There is no mandatory minimum sentence and the statutory maximum penalty is life imprisonment. The parties' plea agreement leaves the sentence entirely up to the Court's discretion. The government's recommendation in plea negotiations landed at 30 years (ECF No. 172 at 2) but had previously been significantly shorter. The offense conduct in this case is not common, so it is difficult to compare a potential sentence in this case to similarly situated defendants. There is a wide range of potential punishment for the Court to consider. The investigation for mitigation evidence is important and relevant to Mr. Blackwell's history and characteristics and the other factors in 18 U.S.C. § 3553(a), and defense counsel needs additional time to complete the investigation and prepare for sentencing.

4. Assistant United States Attorney Christine Krug informed defense counsel by email that the government has no objection to this motion.

For the foregoing reasons, defendant Marcellis Blackwell respectfully moves to continue sentencing by approximately 50 to 60 days.

Respectfully submitted,

Dated: October 13, 2026

*/s/ Evan C. Greenberg*

Evan C. Greenberg #271356CA
The Law Offices of Evan Greenberg, LLC
231 S. Bemiston Ave., Suite 800
St. Louis, MO 63105
Phone: 314-403-2039
Fax: 650-326-9704
Email: evan@evangreenberglaw.com
Attorney for Defendant